JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BRAND TARZANA SURGICAL INSTITUTE, INC., | ) Case No. CV 22-3669 FMO (PDx) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| UNITED HEALTHCARE SERVICES, INC. et al, | ) |
| Defendant. | ) |

Having been advised by counsel that the above-entitled action has been settled, (Dkt. 39, Notice of Settlement), IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by no later than **July 31, 2023,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 16th day of June, 2023

/s/
Fernando M. Olguin
United States District Judge